UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                       :

ISAIAH MCKINNLEY, *on behalf of himself and all
others similarly situated*,
     :

                          Plaintiff,        :          25-CV-9638 (JMF)

                        -v-                :            <u>ORDER</u>

AMERICAN EAGLE OUTFITTERS, INC.,
     :

                        Defendant.      :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: November 21, 2025
      New York, New York

                                   JESSE M. FURMAN
                               United States District Judge