

**Joseph & Norinsberg**
Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

March 24, 2026

<u>*Via ECF*</u>
Hon. Gary Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: McKinnley v. American Eagle Outfitters, Inc.
1:25-CV-9638-JMF-GS

Dear Judge Stein:

I represent plaintiff in the above-referenced matter. I write respectfully to request an adjournment of the Initial Pretrial Conference currently scheduled for April 17, 2026. Defendant's counsel consents to this request.

This adjournment is necessary due to the unavailability of counsel on that date.

The parties respectfully request that the Court reschedule the conference to a date convenient to the Court's calendar, with a preference for the last week of April. Both parties remain available and committed to participating in the conference at the Court's earliest convenience.

Thank you for your consideration of this request.

Respectfully submitted,
*/s/Robert L. Schonfeld*
Robert Schonfeld, Esq.

Application granted.  The Court will separately schedule a date for the Initial Case Management Conference.

SO ORDERED.

Date:  New York, New York
       March 25, 2026

Gary Stein
United States Magistate Judge
Southern District of New York